# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# JUDGE JANIS L. SAMMARTINO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTONIO HURTADO,<br>Defendant. | CASE NO.: 21-CR-1615 (JLS)<br><br>ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently set for August 13, 2021 be continued until September 17, 2021 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: August 11, 2021

Hon. Janis L. Sammartino
United States District Judge